# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

  Diversity

  Federal Question

  The "Mass Action" provisions of the Class Action Fairness Act

  ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

  Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date:_____09/03/2025_____         Respectfully Submitted,

The ClaimBridge PLLC

/s/:_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Young, Keith Darly | 07/06/1956 | MD | District of Maryland | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 2. | York Jr, Robert Charles | 11/12/1969 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 3. | York, Jennifer | | TX | Western District of Texas | | | | | Count XI |
| 4. | Wurfel, Mark Edward | 01/05/1956 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 5. | Wurfel, Deborah | | KS | District of Kansas | | | | | Count XI |
| 6. | Williams, Carolyn Delios | 01/15/1955 | NY | Southern District of New York | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 7. | Williams III, James Clark | 09/16/1955 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 8. | Wilkinson Jr., Daniel Woodrow | 04/19/1978 | CA | Southern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 9. | Wilder Jr., Thomas Austin | 08/16/1962 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 10. | Wilcox, Matthew David | 04/22/2000 | UT | District of Utah | No | Yes | No | Testicular Cancer | Counts I-XI |
| 11. | Wilcox Jr. Earl Laverne | 04/23/1950 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 12. | Whiteside, Theresa Sharon | 05/27/1967 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 13. | White, Gary Wayne | 08/30/1950 | IL | Southern District of Illinois | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 14. | Weir, Heather Ann | 10/05/1981 | MT | District of Montana | Yes | No | No | Thyroid Disease | Counts I-XI |
| 15. | Meyers, Brandon | | MT | District of Montana | | | | | Count XI |
| 16. | Washington, Naomi | 10/31/1960 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 17. | Yates, Donald | | IL | Northern District of Illinois | | | | | Count XI |
| 18. | Woodberry, Marcia Lynn | 10/24/1972 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 19. | Ware Jr., Robert Lee | 11/30/1958 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 20. | Walker, Courtney Dewayne | 11/18/1989 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 21. | Waiters, Alison Meshon | 08/21/1969 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Robinson, Frank | | MD | District of Maryland | | | | | Count XI |
| 23. | Waggoner, Kimberly Lee | 04/26/1972 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Waggoner, Robert | | MO | Western District of Missouri | | | | | Count XI |
| 25. | Verona, Sharon | 09/26/1949 | WI | Eastern District of Wisconsin | No | Yes | No | Ulcerative Colitis, Pancreatic Cancer | Counts I-XI |
| 26. | Vanlammeren, Cynthia Aleene | 11/28/1966 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 27. | VanAgtmael, Katie Ellen | 11/03/1985 | WA | Eastern District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 28. | Valtierra, Albert Garcia | 03/11/1965 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 29. | Valtierra, Christie | | AZ | District of Arizona | | | | | Count XI |
| 30. | Underwood, Madolyn B. | 09/05/1985 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 31. | Underwood, Machael | | OH | Northern District of Ohio | | | | | Count XI |
| 32. | Torres, Anthony Gilbert | 05/30/1957 | CA | Northern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 33. | Tolar, Dean Jagger | 08/31/1959 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 34. | Tolar, Renita | | IL | Northern District of Illinois | | | | | Count XI |
| 35. | Thomas, Lagina Francyne | 11/22/1981 | CA | Central District of California | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 36. | Thiel Sr., William Paul | 11/13/1939 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Thibodeau, Paul Allen | 05/10/1951 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 38. | Teachey, Bobby Lee | 05/25/1951 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 39. | Taylor, Robert Daniel | 04/24/1969 | TX | Southern District of Texas | No | Yes | No | Liver Cancer, Colon Cancer | Counts I-XI |
| 40. | Tatum, Marie | 10/23/1962 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 41. | Tate, Joyce Arnette | 02/10/1962 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 42. | Taillon, Michael Alan | 04/22/1961 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 43. | Taillon, Debra | | AZ | District of Arizona | | | | | Count XI |
| 44. | Tacker, Laura Rene OBO Tacker, Thomas Edward | 08/14/1959 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 45. | Tacker, Laura Rene | | IN | Northern District of Indiana | | | | | Count XI |
| 46. | Sykes, Michael Earl | 09/07/1967 | IL | Southern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 47. | Sullivan, Darrell Edwin OBO Sullivan, Vickey Liles | 11/20/1957 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol, Multiple Myeloma | Counts I-XI |
| 48. | Sullivan, Darrell Edwin | | AL | Northern District of Alabama | | | | | Count XI |
| 49. | Stotler, Phillip Dale | 03/09/1964 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 50. | Stevenson, Richard David | 10/30/1946 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Stevenson, Kathy | | MO | Eastern District of Missouri | | | | | Count XI |
| 52. | Stevens, Albert | 09/18/1961 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 53. | Sims, Bertha | 03/06/1952 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol, Thyroid Disease | Counts I-XI |

| # | Name | DOB | State | District | Col1 | Col2 | Col3 | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 54. | Coller-Wade, Mary | | NC | Middle District of North Carolina | | | | | Count XI |
| 55. | Shooter Jr., Willie Jenkins | 10/13/1964 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 56. | Shedd, Cynthia | 10/04/1957 | OK | Northern District of Oklahoma | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 57. | Shanahan, Michael J. | 06/22/1964 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 58. | Scott, Thomas Lee | 05/26/1958 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 59. | Robbins, John Christian | 01/05/1973 | NC | Eastern District of North Carolina | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 60. | Reed, Sharlene Juanita | 10/12/1961 | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer, Thyroid Cancer, High Cholesterol | Counts I-XI |
| 61. | Radcliff Jr., Robert Owen | 07/26/1972 | AL | Northern District of Alabama | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 62. | Radcliff, Sharon | | AL | Northern District of Alabama | | | | | Count XI |
| 63. | Poteat, Robert | 10/14/1965 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 64. | Mullins, Deborah Elaine | 06/07/1955 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol, Thyroid Disease | Counts I-XI |
| 65. | Mullins, Dennis | | MO | Western District of Missouri | | | | | Count XI |
| 66. | Morton Sr., Dale Wesley | 10/08/1961 | NC | Eastern District of North Carolina | No | Yes | No | Liver Cancer | Counts I-XI |
| 67. | Modlin, Jackie | 12/06/1947 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Modlin, Brenda P. | | NC | Eastern District of North Carolina | | | | | Count XI |
| 69. | Mount, William | 10/27/1956 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 70. | Loesch, Indio | 09/31/1978 | CA | Eastern District of California | Yes | Yes | No | Brain cancer, Thyroid Disease | Counts I-XI |
| 71. | Lopez, Jessica M | 10/09/1979 | #N/A | Southern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Cancer, Pregnancy Induced Hypertension, Liver Cancer | Counts I-XI |
| 72. | Jones Sr., Robert Joseph | 11/01/1963 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 73. | Johnson, Kristen Paige | 10/02/1966 | TX | Northern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 74. | Jensen Jr., Harvey Nickloias | 11/28/1958 | MN | District of Minnesota | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 75. | Jensen, Merrilene | | MN | District of Minnesota | | | | | Count XI |
| 76. | Jenkins, Jeremy Allen | 10 /02/1969 | TX | Eastern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 77. | Jenkins, April René | | TX | Eastern District of Texas | | | | | Count XI |
| 78. | Ingram, Jeffrey L. | 09/10/1979 | #N/A | Northern District of Texas | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 79. | Holiday, Dorris Ellen | 11/05/1964 | TX | Southern District of Texas | No | Yes | No | Liver Cancer, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 80. | Hess, Mylia Renae | 03/06/1963 | #N/A | Southern District of West Virginia | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 81. | Hammerberg, Michael Wayne | 01/09/1968 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 82. | Hainline, Robert Eugene | 08/13/1950 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Gasaway, Charles Ray | 06/01/1960 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 84. | Frerichs, Scott A, | 09/19/1959 | MO | Western District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 85. | Fultz, Sandra Lee | 11/19/1958 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 86. | Ellis, Alton | 04/12/1957 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 87. | Edwards, Debra Lane | 03/06/1961 | NC | Middle District of North Carolina | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 88. | Diaz, Gina M. | 05/11/1974 | CA | Central District of California | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 89. | Dean, Sharon Lynn | 04/30/1961 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 90. | Daranda, Stanley | 12/10/1960 | LA | Eastern District of Louisiana | Yes | No | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 91. | Daranda, Leona M. | | LA | Eastern District of Louisiana | | | | | Count XI |
| 92. | Dampier, Michael Julian | 08/08/1980 | #N/A | Northern District of Florida | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-XI |
| 93. | Daily, Martin David | 12/25/1955 | MO | Western District of Missouri | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 94. | Cureton, Kirby Britt II | 12/06/1988 | AL | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 95. | Cureton, Lori | | AL | Northern District of Alabama | | | | | Count XI |
| 96. | Cross, Lawrence | 03/10/1975 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | Cooke, Tisha Amber OBO Smith, Peggy Ann | 07/30/1941 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 98. | Cook, Janet Sue | 03/07/1959 | IN | Southern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 99. | Comer, James Burton | 04/06/1967 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 100. | Comer, Christine Leach | | NC | Middle District of North Carolina | | | | | Count XI |
| 101. | Collins, Billy Ray | 05/15/1961 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 102. | Collins, Elizabeth Marie | | MI | Eastern District of Michigan | | | | | Count XI |
| 103. | Cochrane, James David | 09/17/1967 | OK | Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 104. | Chapman Jr., Julius Richard | 01/20/1955 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 105. | Chapman, Tammy A. | | FL | Middle District of Florida | | | | | Count XI |
| 106. | Castaneda, Alma N. | 03/10/1976 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 107. | Carter Sr., Jerry Lewis | 01/13/1952 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 108. | Carter, Jeannene | | FL | Middle District of Florida | | | | | Count XI |
| 109. | Byers, Larry Douglas | 07/10/1983 | GA | Northern District of Georgia | No | Yes | No | Testicular Cancer | Counts I-XI |
| 110. | Bruce, Kevin J. | 06/19/1971 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 111. | Brown, Mark Anthony | 10/17/1960 | MS | Northern District of Mississippi | No | Yes | No | Liver Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 112. | Brown, Lawrence Michael | 07/25/1951 | OH | Southern District of Ohio | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 113. | Brown, Jermaine | 12/09/1977 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 114. | Brown, Henry William | 12/27/1961 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 115. | Bline, Lina Lea | 01/13/1954 | AZ | District of Arizona | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 116. | Bivens, Kevin Vincent | 07/07/1960 | CO | District of Colorado | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 117. | Bermudez, Rafael | 03/04/1968 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 118. | Bennett, James Riley | 07/21/1961 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Bennett, Jerilyn | | OR | District of Oregon | | | | | Count XI |
| 120. | Beard, Elwayne | 06/06/1953 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 121. | Bays, Debra Jean | 04/26/1956 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 122. | Baugh, Joseph Irvin | 07/29/1963 | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer, High Cholesterol, Pancreatic Cancer | Counts I-XI |
| 123. | Baugh, Dawn N. | | AR | Eastern District of Arkansas | | | | | Count XI |
| 124. | Batiste, Theresa Collins | 01/04/1966 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 125. | Bates, Virginia Mary | 05/01/1955 | NM | District of New Mexico | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 126. | Bartz, Renate H. | 04/13/1938 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 127. | Barth, Suzanne Watson. OBO Barth, Gary A. | 10/22/1953 | IA | Northern District of Iowa | No | Yes | No | Kidney Cancer, Liver Cancer, Brain cancer | Counts I-XI |
| 128. | Barth, Suzanne Watson | | IA | Northern District of Iowa | | | | | Count XI |
| 129. | Barksdale, Jo Ann | 11/01/1950 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 130. | Bantulan, Carlos Bugo | 06/15/1956 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Baker, David Donald | 08/16/1958 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 132. | Arroyo Jr., Jose | 08/18/1987 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 133. | Arnold, Donald | 06/19/1954 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 134. | Arnold, Sherene | | MI | Eastern District of Michigan | | | | | Count XI |
| 135. | Armstrong, George Edward | 05/09/1954 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Armstrong, Karen | | KY | Western District of Kentucky | | | | | Count XI |
| 137. | Arango, Byron Steven | 11/19/1971 | FL | Middle District of Florida | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 138. | Andrews, Gregory | 08/23/1959 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 139. | Andrews, Lilian L. | | TX | Western District of Texas | | | | | Count XI |
| 140. | Anderson, Jacob Griffiths | 06/02/1985 | MI | Western District of Michigan | Yes | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 141. | Amir, Sobia OBO Amir, Saif | 02/10/1970 | NY | Eastern District of New York | No | Yes | No | Liver Cancer | Counts I-XI |
| 142. | Ames, Patricia Anne | 07/12/1954 | CA | Southern District of California | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 143. | Altwies, Laurel Kay | 01/15/1969 | AL | Middle District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 144. | Allen, Roosevelt | 01/29/1957 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 145. | Ali, Abdur-Rahim | 04/22/1951 | CO | District of Colorado | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 146. | Ali, Carol Watkins | | CO | District of Colorado | | | | | Count XI |
| 147. | Abreu, Jose Francisco | 12/16/1969 | FL | Middle District of Florida | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 148. | Savva-Abreu, Irene | | FL | Middle District of Florida | | | | | Count XI |
| 149. | Abbott, Teresa Jo | 09/26/1957 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 150. | Abbott, Jeffrey A. | | IN | Northern District of Indiana | | | | | Count XI |